FILED

09/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| DAVID McCAULEY, an individual, LEADER WITHOUT LIMITS, INC, a Wyoming Corporation, and PERKINS FAMILY HOLDINGS, LLC, a Montana Limited Liability Company,<br><br>Appellants,<br><br>vs.<br><br>CROWLEY FLECK, PLLP, a Montana Professional Limited Liability Partnership, GRANT S. SNELL, an individual, SCOTT D. HAGEL, an individual, CHASE D. GIACOMO, an individual, and DOES 1-10,<br><br>Appellees. | Supreme Court Cause No. DA 21-0207<br><br><br>APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF |

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellees are granted their first thirty-day extension of time through and including **November 15, 2021** within which to file Appellees' Answer Brief.

ELECTRONICALL SIGNED and DATED as indicated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 28 2021